

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00202-CR**

| | | |
|---|---|---|
| Chaqoia Chandrelle Gould | § | From the 371st District Court |
| | § | of Tarrant County (1273152R) |
| v. | § | August 21, 2014 |
| | § | Opinion by Chief Justice Livingston |
| The State Of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
　　Chief Justice Terrie Livingston